## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

JENIFER VAUGHN                          :
                                        :
            Plaintiff,                   :        C. A. NO.  19-02314-TMH
                                        :
      v.                                :        TRIAL BY JURY DEMANDED
                                        :
STATE OF DELAWARE                       :
DEPARTMENT OF INSURANCE                 :
                                        :
            Defendants.                 :

## STIPULATION AND THIRD REVISED
## [PROPOSED] SCHEDULING ORDER

**WHEREAS**, on March 16, 2021, the Court entered the original Scheduling Order (D.I. 32) in this matter;

**WHEREAS**, on July 18, 2022, the Court entered the first Revised Scheduling Order (D.I. 139);

**WHEREAS**, on September 28, 2023, the Court entered the second Revised Scheduling Order (D.I. 197), which included a mediation deadline of December 29, 2023;

**WHEREAS**, a mediation hearing in this matter has been scheduled for January 19, 2024;

**WHEREAS**, on December 18, 2023, the Court directed the Parties to file a joint revised proposed scheduling order on or before December 29, 2023 (D.I. 212);

**WHEREAS**, the parties have conferred and agreed that the mediation deadline should be extended to January 31, 2024, to allow the parties to attend the January 19, 2024 mediation hearing and complete follow-up communications, if necessary, following the end of the formal mediation hearing;

**NOW, THEREFORE,** the parties stipulate and agree, subject to the approval of the Court, that the September 28, 2023, second Revised Scheduling Order (D.I. 197) be revised as follows:

1.      The deadline to complete mediation shall be extended from December 29, 2023

to **January 31, 2024**.

2.      All other matters not expressly modified by this Order shall continue to be

governed by the original Scheduling Order entered by the Court on March 16, 2021 (D.I. 32), as

amended (D.I. 139 & 197).


THE POLIQUIN FIRM, LLC                    POTTER ANDERSON & CORROON LLP


By:  */s/ Ronald G. Poliquin*             By:  */s/ Jennifer Penberthy Buckley*
    Ronald G. Poliquin (#4447)            Kathleen Furey McDonough (#2395)
    1475 S. Governors Ave.                Carla M. Jones (#6046)
    Dover, DE  19904                      Jennifer Penberthy Buckley (#6264)
    (302) 702-5501 – Telephone            Hercules Plaza, 6th Floor
    ron@poliquinfirm.com                  1313 North Market Street
                                          Wilmington, DE  19801
*Attorney for Plaintiff*                      (302) 984-6000 – Telephone
                                          kmcdonough@potteranderson.com
                                          cjones@potteranderson.com
Dated:  December 20, 2023                     jbuckley@potteranderson.com

                                      *Attorneys for Defendant*


SO ORDERED, this __20th__ day of __December__, 2023.

    /s/Todd M. Hughes
    The Honorable Todd M. Hughes
    United States Circuit Judge, sitting by designation