## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JENIFER VAUGHN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No.: 19-2314-TMH |
| | ) |
| STATE OF DELAWARE DEPARTMENT | ) |
| OF INSURANCE, | ) |
| | ) |
| Defendant. | ) |

## FINAL JUDGMENT

WHEREAS, this matter was tried before a jury, commencing on June 10, 2024, with the Honorable Todd M. Hughes presiding; and

WHEREAS, on June 14, 2024, the jury returned its verdict (D.I. 261); and

WHEREAS, on July 15, 2024, the Court ordered that any post-trial motion be submitted within five days of the order (D.I. 262); and

WHEREAS, no post-trial motion was filed.

NOW THEREFORE, in accordance with the jury's verdict:

1.   Final judgment is entered in favor of the Delaware Department of Insurance on all claims.

2.   Each party shall bear its/her own costs and attorneys' fees.

**SO ORDERED**, this 19th day of July, 2024.

*/s/ Todd M. Hughes*

The Honorable Todd M. Hughes
United States Circuit Judge, Sitting by Designation